In the Matter of the Accounting of GEORGE E. WYMAN, as Administrator with the Will Annexed of ELIZABETH N. BLAKE, Deceased, Respondent.

GEORGE C. BOWES, Appellant; WILLIAM F. COOPER, Respondent.

(Argued December 6, 1929; decided January 7, 1930.)

*Edward A. Brown* and *Ernest M. Morrison* for appellant.
*Joseph F. Murray* for administrator-respondent.
*Milton P. Kupfer* and *Sylvester Pindyck* for William F. Cooper, respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.